```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

```
UNITED STATES OF AMERICA          )
                                  )
            vs.                   )    Criminal No. 13-133
                                  )
DAVID DZERMEJKO,                  )
                                  )
            Defendant.            )
```

O R D E R

AND NOW, this 7th day of November 2013, defendant David Dzermejko having entered a plea of guilty to Count 1 of the Indictment filed at Criminal No. 13-133, and in accordance with the Sentencing Reform Act of 1984, 18 U.S.C. §3551, et seq. (1987) and the Sentencing Guidelines of the United States Sentencing Commission promulgated under that Act and the Sentencing Commission Act, 28 U.S.C. §991, et seq. (1987),

IT IS HEREBY ORDERED that:

1.   Not later than **January 9, 2014**, the United States Probation Office shall disclose the tentative Presentence Investigation Report to only the defendant, the defendant's attorney and the attorney for the government.  If a party disputes facts or factors material to sentencing contained in the Presentence Report, or seeks the inclusion of additional facts for factors material to sentencing, that party shall have the obligation to pursue the administrative resolution of that matter through informal presentence conferences with opposing counsel and the United States Probation Office.  The party seeking administrative resolution of such facts and factors shall do so within two weeks (fourteen (14) days) after the initial disclosure of the tentative Presentence

Report.   No later than two weeks (fourteen (14) days) after the initial disclosure of the tentative Presentence Report, following any good faith efforts to resolve disputed, or include additional, material facts or factors described above, the United States Probation Office shall notify the attorneys for the government and the defendant of the matters that have, or have not, been administratively resolved.  The Court expects counsel to fully comply with these procedures.

2.   No later than **January 30, 2014**, pursuant to Fed. R. Crim. P. 32(g), the United States Probation Office shall disclose the Presentence Report to this Court, to the defendant, and to counsel for the defendant and for the government.

3.   No later than **February 6, 2014**, the parties shall each file with the Court a pleading entitled "Position of [Defendant or Government as appropriate] With Respect to Sentencing Factors," pursuant to Fed. R. Crim. P. 32(g), §6A1.2(b) of the U.S.S.G., and LCrR  32(c)(4).

4.   A party may file a response to the opposing party's Position With Respect to Sentencing Factors by no later than **February 13, 2014**.

5.   No later than **February 20, 2014**, the United States Probation Office shall serve this Court and counsel for the defendant and for the government the Presentence Report, together with an addendum setting forth any unresolved objections of counsel to the Presentence Report, together with the Probation Officer's comments thereon.  The United States Probation Office shall certify that the Presentence Report, together with any revision thereof and any addendum thereto, have been disclosed  to the defendant and to all counsel of record, and that the addendum fairly sets forth any remaining objections and responses.

6.    This Court will issue to counsel for the defendant and for the government and to the Probation Office its tentative findings and rulings concerning disputed facts or factors on **February 27, 2014.**

7.    This Court will strictly enforce Local Rule 32.1(c)(2) with respect to disclosure of any Presentence Report information.

8.    No later than **March 6, 2014**, a party may file supplemental information or a memorandum  with respect to sentencing of the defendant, and shall serve the same upon the United States Probation Office.  If counsel for the defendant intends to submit letters to the Court for consideration at sentencing, said letters should be electronically filed by no later than **March 6, 2014**.  Any letters which counsel deem as containing confidential material necessitating sealing by the Court require counsel to abide by Paragraph 8 of this Court's Electronic Case Filing Policies and Procedures ("Sealed Documents") as well as this Court's policy governing all sealed matters (Misc. No. 05-45 (See Exhibit B)).  Opposing counsel may file a response to any supplemental information or memorandum no later than **March 13, 2014.**

9.    In advance of Sentencing, the Court will initiate a Telephonic Sentencing Conference with counsel and the Probation Officer on **Tuesday, March 18, 2014 at 4:00 p.m.**  Counsel should be prepared to outline the parameters of the evidence, if any, to be presented as well as any legal arguments.

10.   Any changes in the position of either the defendant or the government must be brought to the Court's attention by **12:00 p.m. on March 19, 2014.**

11.  Sentencing of defendant David Dzermejko will take place on **Thursday, March 20, 2014 at 11:30 a.m.**


s/Nora Barry Fischer
United States District Judge



cc/ecf:     Carolyn J. Bloch, Asst. U.S. Atty.

John a. Knorr, Esquire

David Dzermejko (USM No. 34146-068) c/o John A. Knorr, Esquire

Probation Office

Pretrial Services

U.S. Marshal