# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA
### Probation and Pretrial Services Office



**Belinda M. Ashley**
Chief U.S. Probation Officer

**John A. Poglinco**
Deputy Chief U.S. Probation Officer

700 Grant Street
Suite 3330
Pittsburgh, PA 15219
Telephone: 412-395-6907
Fax: 412-395-4864

**Romona Clark**
Assistant Deputy Chief U.S. Probation Officer

May 4, 2017

The Honorable Nora Barry Fischer
United States District Judge
United States Courthouse
700 Grant Street, Suite 5260
Pittsburgh, PA 15219

                          RE: David Dzermejko
                          Docket No.: 0315 2:13CR00133
                          REQUEST TO DESTROY
                          EVIDENCE/CONTRABAND

The following item(s) were seized from the above-referenced offender's residence on July 22, 2013.

| Description | Serial Number |
|---|---|
| 1 Beretta Folding Knife | CPM-S30V |

The offender is prohibited from possessing the above-listed items by law or by order of the Court, therefore, it is respectfully requested that Your Honor enter an order authorizing the U.S. Probation Office to destroy the aforementioned items. This matter was discussed with Stephen Kaufman, Chief, Criminal Division of the United States Attorney's Office, who agreed with the destruction request.

Respectfully Submitted,

By: **Romona Clark**
Digitally signed by Romona Clark
DN: o=Administrative Office of the US Courts, email=romona_clark@pawp.uscourts.gov, cn=Romona Clark
Date: 2017.05.04 11:55:19 -04'00'

Romona Clark
Assistant Deputy Chief U.S. Probation Officer
Date: 5/4/2017

**THE COURT ORDERS:**
☐ No Action
☒ Ordered as Requested
☐ Other:

The Honorable Nora Barry Fischer
United States District Judge

May 8, 2017
Date

pawpss 15 (3/2017)